UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO, *on behalf of himself and all others similarly situated*,<br><br>         Plaintiffs,<br><br>    v.<br><br>DOWN IN THE VALLEY, INC.,<br><br>         Defendant. | 22-CV-8278 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

  On October 11, 2022, Plaintiff filed proof of service on the docket. On October 14, 2022, the Court ordered the parties to meet and confer within thirty days of service, and within fifteen additional days, submit a joint letter requesting that the Court either refer the case to mediation or a magistrate judge, or schedule an initial status conference in this matter. To date, no joint letter has been filed, nor has Defendant responded to the Complaint.

  By no later than December 19, 2022, the parties shall submit their joint letter, or, in the alternative, Plaintiff shall file a letter proposing next steps in this matter. Failure to do so may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: December 12, 2022
     New York, New York

                              Hon. Ronnie Abrams
                              United States District Judge