UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO, *on behalf of himself and all others similarly situated*,<br><br>                    Plaintiff,<br><br>          v.<br><br>DOWN IN THE VALLEY, INC.,<br><br>                    Defendant. | No. 22-CV-8278 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On October 11, 2022, Plaintiff filed proof of service on the docket. On October 14, 2022, the Court ordered the parties to meet and confer within thirty days of service, and within fifteen additional days, submit a joint letter requesting that the Court either refer the case to mediation or a magistrate judge, or schedule an initial status conference in this matter. After the parties failed to respond, the Court issued an order on December 12, 2022, directing the parties to submit their joint letter or propose next steps in this matter by no later than December 19, 2022, and warning that failure to do so could result in dismissal. To date, no joint letter has been filed, nor has Defendant responded to the Complaint.

**If Plaintiff fails to respond to the Court's December 12, 2022 order by January 10, 2023, the Court will dismiss this action for failure to prosecute.**

SO ORDERED.

Dated:   January 3, 2023
         New York, New York

                                                        _____
                                                        Ronnie Abrams
                                                        United States District Judge